UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-3997 DOC (MRW) | Date | July 21, 2016 |
| Title | Dunbar v. Mausuno | | |

| | |
|---|---|
| Present: The Honorable | Michael R. Wilner |

| | |
|---|---|
| Veronica McKamie | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE

    1.    Petitioner filed this habeas action in June 2016.  When the Court reviewed the petition, it concluded that the action did not adequately identify federal constitutional claims to be presented on habeas review.  (Docket # 4.)  The Court further ordered Petitioner to submit a statement indicating why the action should not be dismissed on this basis.

    2.    Petitioner failed to comply with the Court's order.  The only items that he submitted to the Court were irrelevant, duplicate requests for IFP status in the action (which the Court already granted).  (Docket # 8, 9.)  He has not, however, addressed the serious deficiencies with the substance of his habeas petition.

    3.    In the interests of justice, the Court will give Petitioner one final chance to show cause why this action should not be dismissed on the basis previously identified.  Petitioner's response will be due by August 19.

    **Failure to file a timely submission as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**