# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYQWAN GLEN DUNBAR,<br><br>      Petitioner,<br><br>      v.<br><br>L. MAUSUNO, Warden,<br><br>      Respondent. | Case No. CV 16-3997 MRW<br><br>**JUDGMENT** |

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: July 6, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE